# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARCEDIANO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFF WRIGLEY, WARDEN,<br><br>　　　　　　Respondent. | CV F 06-0780 AWI DLB HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR RECONSIDERATION AND DIRECTING RESPONDENT TO FILE A RESPONSE TO THE PETITION WITHIN TWENTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[Doc. 7] |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Petitioner filed the instant petition for writ of habeas corpus on June 20, 2006. Petitioner is challenging the BOP's refusal to assess his eligibility for release to a Community Corrections Center under 18 U.S.C. § 3621(b). On July 3, 2006, the Court directed Respondent to file a response to the petition within sixty days from the date of service of that order. (Court Doc. 6.) On July 11, 2006, Petitioner filed a motion for reconsideration of the Court's July 3, 2006, order to respond, and requests that the Court expedite the review of the petition based on the timeliness of his claim. (Court Doc. 7.)

　　　　Because Petitioner's claim is time sensitive, the Court will grant Petitioner's request for reconsideration and expedite the review of the instant petition. Accordingly, Respondent's response to the instant petition is due within **twenty (20)** days from the date of service of this order, and Petitioner's traverse is due within **ten (10)** days from the date Respondent files his

1 answer.[1]  The time provisions outlined herein supersede all dates outlined in the Court's July 3,
2 2006, order; however, all the other provisions set forth in the Court's July 3, 2006, order to
3 respond remain in full force and effect.

5 IT IS SO ORDERED.

6 **Dated:**     **July 29, 2006**                                    **/s/ Anthony W. Ishii**
  0m8i78                                                   UNITED STATES DISTRICT JUDGE

---

[1] Although Petitioner requests that Respondent file a response within ten days from the order resolving the motion for reconsideration, because Respondent must obtain any and all necessary documents and review all relevant case law, the Court finds that ten days is simply insufficient time for the preparation of a response.

2