1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| JAMES ARCEDIANO, | CV F 06-0780 AWI DLB HC |
| Petitioner, | ORDER DENYING RESPONDENT'S MOTION TO DISMISS |
| v. | [Doc. 14] |
| JEFF WRIGLEY, WARDEN, | |
| Respondent. | |

10

11

12

13

14

15

16        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2241.

18        On September 18, 2006, the undersigned issued an order granting Petitioner's petition for

19   writ of habeas corpus and directed Respondent to consider, within fourteen days from the date of

20   the Opinion, the appropriateness of transferring Petitioner to a Residential Re-entry Center

21   ("RRC") in light of the factors set forth in § 3621(b), without reference to the BOP policy

22   promulgated in December 2002 and without reference to the BOP's February 14, 2005,

23   amendment to 28 C.F.R. § 570.21.  (Court Doc. 12.)  Judgment was entered in favor of

24   Respondent on this same date.  (Court Doc. 13.)

25        On September 25, 2006, Respondent filed a motion to dismiss because Petitioner was

26   released to a RRC on September 21, 2006, prior to any re-hearing.  Respondent therefore

27   contends that Petitioner has already, in the normal course of events, received the transfer he

28   requested, and his petition should be denied as moot.

1

1     Because judgment has been entered in this case, and Respondent's motion to dismiss is

2   not a properly filed post-judgment motion pursuant to Rule 60 of the Federal Rules of Civil

3   Procedure, it must be DENIED.  Furthermore, the fact that any relief for Petitioner is now moot,

4   is not a proper ground to be raised under Rule 60.  Accordingly, Respondent's motion to dismiss

5   as MOOT is DENIED.

6

7   IT IS SO ORDERED.

8   **Dated:    December 12, 2006**              /s/ Anthony W. Ishii
    0m8i78                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28